UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-cr-425-T-23MAP

8 U.S.C. § 1326(a)

FERNANDO SANCHEZ-HERNANDEZ

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 12, 2016, in Hillsborough County, in the Middle District of Florida, the defendant herein,

FERNANDO SANCHEZ-HERNANDEZ,

being an alien in the United States, who was deported and removed from the United States on or about July 14, 2010, September 3, 2010, February 26, 2011, and October 15, 2011, and who had not received the consent of the Secretary of

Homeland Security to reapply for admission, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
for Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

T:\_Cases\Criminal Cases\F\Fernandez-Clara, Ismael_pend_LYT\p_indictment.docx

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

Fernando Sanchez-Hernandez

## INDICTMENT

Violations:

8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 4th day

of October 2016.

_____
Clerk

Bail $_____