**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                   Case No.  8:16-cr-425-T-23MAP

**FERNANDO SANCHEZ-HERNANDEZ,**

    **Defendant.**
_____/

## ORDER OF DETENTION

The Defendant was before the court on October 20, 2016, for an initial appearance and bail/detention hearing. The Defendant, an alien of the United States, is alleged to have illegally reentered the United States on or about September 12, 2016. Immigration has placed a detainer against the Defendant. In these circumstances, the matter of bail appears moot and at present, the Defendant does not challenge his detention. Given that there are no circumstances available to the court which would allow for the Defendant's release and assure his future appearance in court, I order him **DETAINED**. Leave is granted for the Defendant to revisit the court's order of detention should circumstances warrant such reconsideration.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 20th day of October, 2016.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE