AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America<br>v.<br><br>Fernando Sanchez-Hernandez<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>8:16-cr-425-T-23MAP |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Fernando Sanchez-Hernandez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Date: 10/4/2016

_Issuing officer's signature_

City and state: Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 10/4/16, and the person was arrested on _(date)_ 10/20/16
at _(city and state)_ Tampa, FL.

Date: 10/20/16

_Arresting officer's signature_

Frank Bush
_Printed name and title_