UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-425-T-23MAP

FERNANDO SANCHEZ-HERNANDEZ

**JOINT STATUS REPORT**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of October 21, 2016, the United States herein states as follows:

**1. Brief summary of the case's status:**

The defendant was indicted on October 4, 2016. Count One charges the defendant with being an alien found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).

On October 20, 2016, the court held the defendant's initial appearance and arraignment. Doc. 4. The defendant pleaded not guilty. *Id.* The United States requested that the Court detain the defendant. *Id.* The Court ordered the defendant detained. Doc. 7.

The United States provided discovery to the defendant on or about October 20, 2016. The case is currently set for the trial term beginning December 5, 2016.

   2.   **Possibility of a plea agreement as to each defendant:**

The parties agree that this case likely will be resolved with a plea of guilty.

   3.   **Number of days required for trial, for government's case-in-chief:**

If this case were to go to trial, the parties agree that the trial would last approximately two to three days, including jury selection.

   4.   **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of the date of this report, there are no pending motions before the court.

   5.   **Potential speedy trial problems:**

The speedy trial clock for this case expires on December 29, 2016. This calculation does not include any excludable time for pretrial motions or other reasons. Because this case is set for the trial term beginning December 5, 2016, there is no speedy trial problem.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

>
> Respectfully submitted,
>
> A. LEE BENTLEY, III
> United States Attorney
>
> By:  */s/ Lisa M. Thelwell*
>    Lisa M. Thelwell
>    Assistant United States Attorney
>    Florida Bar No.: 100809
>    400 N. Tampa Street, Suite 3200
>    Tampa, Florida 33602-4798
>    Telephone: (813) 274-6000
>    Facsimile: (813) 274-6358
>    E-mail: lisa.thelwell@usdoj.gov

U.S. v. FERNANDO SANCHEZ-HERNANDEZ      Case No. 8:16-cr-425-T-23MAP

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Howard Anderson, Esq.

                  By:    <u>*/s/ Lisa M. Thelwell*</u>
                             Lisa M. Thelwell
                             Assistant United States Attorney
                             Florida Bar No.: 100809
                             400 N. Tampa Street, Suite 3200
                             Tampa, Florida 33602-4798
                             Telephone:   (813) 274-6000
                             Facsimile:    (813) 274-6358
                             E-mail:    lisa.thelwell@usdoj.gov