UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:16-cr-425-T-23MAP | DATE: February 21, 2017 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** vs. **FERNANDO SANCHEZ-HERNANDEZ** | Lisa Marie Thelwell, AUSA |
| | Howard Anderson, AFPD |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Sara Behnke |
| INTERPRETER: Dyalma Ocasio | PROBATION: Jennifer Garstka |
| TIME: 8:30 a.m.–8:52 a.m. | TOTAL: 22 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

The defendant pleaded guilty to count **one** of the indictment.

Imprisonment: **twenty-one months**.

Supervised Release: **twelve months.**

Special Conditions:  If the defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

Fine: waived

Restitution: n/a

Special Assessment: $100, due immediately.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are waived.

*******************************************

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The defendant is advised of the right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) ||
|---|---|
| Total Offense Level: | 10 |
| Criminal History Category: | IV |
| Imprisonment Range: | 15–21 months |
| Supervised Release Range: | 1 year |
| Restitution: | n/a |
| Fine Range: | $4,000 to $40,000 fine |
| Special Assessment: | $100 |